# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 733 |
| | : | |
| ORDER AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1311.1 OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of May, 2022, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 4265 (August 7, 2021):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1311.1 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective July 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.